THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSH D. DUNLOP**  **PETITIONER**
Reg #22276-026

v.  Case No. 2:22-cv-00204-KGB

**JOHN P. YATES,**  **RESPONDANT**
Forrest City Medium

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 18). Mr. Dunlop did not object to the Proposed Findings and Recommendations, and the time for doing has passed. After careful consideration of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 18). The Court grants defendant John P. Yates's motion to dismiss and dismisses Mr. Dunlop's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 without prejudice, except that Mr. Dunlop's claims regarding his inability to earn good time credit through participation in the RDAP program are dismissed with prejudice (Dkt. Nos. 1, 17). The Court denies all the relief requested.

It is so ordered this 11th day of September, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge